IN THE UNITED STATE DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY THOMAS.,
V.          PLAINTIFF   :   CIVIL ACTION

HONORABLE C. DARNELL JONES, II     NO. 08-CV-1711

   DEFENDANT

ANSWER TO THE MOTION OF DENIAL TO JOIN

RECEIVED FEB 24 2010

FILED MAR 03 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

GREGORY THOMAS, Inmate, at SCI-Huntingdon

PLAINTIFFS IN A CIVIL ACTION FILED A MOTION TO

Join civil action of Samuel C. Stretton, Esquiire,

Mr Stretton filed a motion to my request to join his complaint.

I request my motion to join his civil action be disregarded.

1. Mr Stretton is representing several attorneys and indigent defendants in his lawsuite.

2. He expressed in his motion to deny my join complaint would delay his relief. I do not object to his denial. I do not know who Mr Jones is the other person he stated came late.

3. I have been injured by the defendants and I ask the court to appoint me and attorney and separate my civil action / motion to join from Mr Stretton.

4. Mr Stretton interest is the attorney fee, this is the very reason for my filing my civil action, the compensation of the system the appointment of attorneys prejudice for indigent defendants. If an attorney dose not want your case I shouldn't be involved with that attorney.

REQUEST AND ATTORNEY TO ASSIST ME IN MY CIVIL COMPLAINT

Request MY CIVIL ACTION TO MOVE ALONE. With the honorable Court's permission.

Gregory Thomas    Feb 18, 2010